# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TORI JEAN GRAY aka SHANNON MARIE WILLIAMS on behalf of M.M.W, a minor,<br><br>Plaintiff(s),<br><br>v.<br><br>Clark County School District dba RUTHE DESKIN ELEMENTARY SCHOOL; RON SCHROEDER; et al.,<br><br>Defendant(s). | 2:21-cv-00489-GMN-VCF<br>**<u>ORDER</u>** |

Before me is the notice of settlement. (ECF No. 16).

Accordingly, and good cause appearing,

I ORDER that the settlement conference scheduled for March 2, 2022 is VACATED.

DATED this 14th day of February 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1